No. 35,888

In the Matter of the Estate of J. M. Caplinger, Deceased (THE STATE DEPARTMENT OF SOCIAL WELFARE OF KANSAS, *Appellant,* v. ANNA L. CAPLINGER, Administratrix, etc., *Appellee*).

(139 P. 2d 156)

Opinion filed June 12, 1943.

*Harold R. Fatzer,* of Topeka, argued the cause, and *H. E. Crosswhite,* of Topeka, was on the briefs for the appellant.

*O. G. Underwood,* of Greensburg, argued the cause for the appellee.

The opinion of the court was delivered by

SMITH, J.: This was a proceedings where the essential facts are about the same as those stated in the case of *In re Estate of Colclazier,* ante, p. 125, this day decided, except that the patient in this

case was a county patient rather than a private patient. The trial court allowed only a part of the amount claimed by the board. The only argument in this case in addition to those made in the Colclazier case was that this patient was a county patient and the board was not required to make the demand because since he was a county patient it would be useless to make a demand upon his estate. The statute provides that an annual demand shall be made where it is sought to hold a spouse, parent or child liable. A careful study of the statutes has caused us to conclude that a demand is a prerequisite for the collection of the cost of the maintenance of the patient whether he be a county patient or a private one.

The judgment in this case is affirmed.